Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __YANCY D. COLLINS__   Case No. __19-35665__   Chapter __13__

All Cases: Moving Creditor __BYLINE BANK f/k/a North Community Bank__   Date Case Filed __12/28/2018__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) ____

Chapter 13: Date of Confirmation Hearing __July 15, 2019__ or Date Plan Confirmed ____

Chapter 7: ☐ No-Asset Report Filed on ____
  ☐ No-Asset Report not Filed, Date of Creditors Meeting ____

1. Collateral
   a. ☐ Home
   b. ☐ Car  Year, Make, and Model ____
   c. ☑ Other (describe) __REAL ESTATE__

2. Balance Owed as of Petition Date  $ __549,229.61__
   Total of all other Liens against Collateral $ __51,358.73__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __200,000.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __36__   Amount $ __549,229.61__
   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __7__   Amount $ __549,229.61__
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____   Amount $ ____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☑ Taxes unpaid   Amount $ __51,358.73__
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) ____
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) ____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) ____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __JULY 3, 2019__                   _____/s/_____
                                          Counsel for Movant

(Rev. 12/21/09)