UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-35665
YANCY D. COLLINS  )
 )  Chapter: 13
 )  Honorable Jacqueline P Cox
 )
 )
Debtor(s)  )

**ORDER GRANTING MOTION TO MODIFY THE AUTOMATIC STAY**

Upon the motion of Byline Bank f/k/a North Community Bank successor-by-merger to Metrobank f/k/a Citizens Community Bank ("Byline") for relief from the automatic stay to enforce its rights and remedies under its mortgage against the Debtor's real property and improvements located at 5141 W. 159th Street, Oak Forest, Illinois  60452 (the "Property"), Byline and debtor appearing through counsel, adequate notice of the motion having been given and the Court being advised of the premises:

IT IS HEREBY ORDERED THAT:

1. Byline's motion is granted in all respects and the automatic stay imposed by Section 362 of the Bankruptcy Code is lifted in order to permit Byline to pursue its state court rights and remedies as to the Property, including, but not limited to, proceeding with the foreclosure action currently pending in state court;

2. Rule 4001(a)(3) is not applicable and Byline may immediately enforce and implement this order granting relief from the automatic stay.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  July 15, 2019

**Prepared by:**

Scott H. Kenig, Esq.
Randall & Kenig LLP
455 N. Cityfront Plaza Drive
NBC Tower
Suite 2510
Chicago, Illinois  60611